**2014–0329. State ex rel. Hendricks v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. The records of this court indicate that relator has not filed a merit brief, due June 9, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to

prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.